**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VILLEGAS,<br><br>        Plaintiff,<br><br>    v.<br><br>JAFAR RASHID and THREE FOUR R INC.,<br><br>        Defendants. | No. CV 19-06440 PA (FFMx)<br><br>AMENDED JUDGMENT AND PERMANENT INJUNCTION |

    In accordance with the Court's November 25, 2019 Order granting the Motion for Default Judgment filed by plaintiff Luis Villegas ("Plaintiff"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

    1.    Plaintiff shall have judgment in his favor and against defendants Jafar Rashid and Three Four R Inc. (collectively "Defendants"); and

    2.    Defendants shall pay to Plaintiff the total amount of $2,695.00 (itemized as attorneys' fees of $2,295.00 and a filing fee of $400.00); and

    3.    Defendants are ordered to provide an accessible pedestrian path of travel, accessible sales counter, and accessible parking at the property located at 4404 S. Western Avenue, Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Standards; and

    4.    Plaintiff shall have his costs of suit.

DATED: February 2, 2023

_____
Percy Anderson
United States District Judge